# Notice Recipients

District/Off: 0971−5     User: rasingh     Date Created: 11/5/2018
Case: 18−52093     Form ID: pdfntcal     Total: 45

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | David A. Boone | ecfdavidboone@aol.com |
| aty | Edward A. Treder | ndcaecf@BDFGroup.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Lisa Linden Foley | 311 Santa Rosa Drive    Los Gatos, CA 95032 |
| cr | U.S. Bank Trust, N.A. | c/o BDFTW, LLP    4004 Belt Line Rd Ste. 100    Addison, TX 75001 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 14848694 | Bank of America | PO Box 15184    Wilmington, DE 19850 |
| 14848695 | Bank of America | PO Box 15726    Wilmington, DE 19886 |
| 14848696 | Caliber Home Loans | PO Box 619063    Dallas, TX 75261 |
| 14848697 | California Emergency Physicians | PO Box 582663    Modesto, CA 95358 |
| 14848700 | Capital One | 11013 W Broad St    Glen Allen, VA 23060 |
| 14848701 | Capital One | PO BOX 60599 City of Industry    City of Industry, CA 91716 |
| 14848699 | Capital One | PO Box 105131    Atlanta, GA 30348 |
| 14848698 | Capital One | PO Box 60024    City of Industry, CA 91716 |
| 14865780 | Capital One Bank (USA), N.A. | PO Box 71083    Charlotte, NC 28272−1083 |
| 14848702 | Chiropractic Healing Center | 20 S Santa Cruz AVe #207    Los Gatos, CA 95030 |
| 14848704 | Credit One | PO BOX 60500    City of Industry, CA 91716 |
| 14848703 | Credit One | PO BOX 98878    Las Vegas, NV 89193 |
| 14848705 | David R. Foley | 311 Santa Rose Drive    Los Gatos, CA 95032 |
| 14848706 | David Russell Foley | 311 Santa Rosa Dr    Los Gatos, CA 95032−5714 |
| 14848707 | Employment Development Department | MIC−92−E    P.O. Box 944203    Sacramento, CA 94244−2030 |
| 14848708 | Franchise Tax Board | Special Procedures    PO Box 2952    Sacramento, CA 95812 |
| 14848709 | Franchise Tax Board | Special Procedures    PO Box 2952    Sacramento, CA 95812 |
| 14848710 | Good Samaritan Hospital | PO Box 99587    Louisville, KY 40269 |
| 14865822 | Internal Revenue Service | P O Box 7346    Philadelphia, PA 19101−7346 |
| 14848711 | Internal Revenue Service | PO Box 21126    Philadelphia, PA 19114−0326 |
| 14848712 | LVNV Funding LLC | PO Box 740281    Houston, TX 77274 |
| 14859452 | LVNV Funding, LLC its successors and assigns as | assignee of FIA Card Services, N.A.    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 |
| 14864599 | LVNV Funding, LLC its successors and assigns as | assignee of MHC Receivables, LLC and    FNBM, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 |
| 14848713 | Medical Payment Data | P.O. Box 9500    Wilkes Barre, PA 18773 |
| 14848714 | Medical Payment Data | P.O. Box 9500    Wilkes Barre, PA 18773 |
| 14848715 | Nadine Graven | PO Box 321299    Los Gatos, CA 95032 |
| 14848716 | Old Navy | PO Box 530942    Atlanta, GA 30353 |
| 14848717 | Radiological Assocs Med | PO Box 1430    Los Gatos, CA 95031 |
| 14848718 | Rash Curtis and Associates | P.O. Box 5790    Vacaville, CA 95696−5790 |
| 14848719 | Santa Clara Valley Med | PO Box 5280    San Jose, CA 95150 |
| 14848720 | Shades of Green | 5056 Cordoy Lane    San Jose, CA 95124 |
| 14848721 | U.S. Attorney General | Civil Trial Sec. Western    PO Box 683 Ben Franklin    Washington, DC 20044 |
| 14873921 | U.S. Bank Trust, N.A. | c/o Caliber Home Loans, Inc.    13801 Wireless Way    Oklahoma City, OK 73134 |
| 14848722 | United States Attorney's Office | Attn: Chief Tax Division    450 Golden Gate Ave. 10th    San Francisco, CA 94102 |
| 14848723 | West Asset Management | 1000 N Travis St, Ste F    Sherman, TX 75090 |

TOTAL: 41